# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 08-03047-01-CR-S-DW |
| JESSIKA LEI TABONE ) | |
| (Page 2 Amended) ) | USM No: 20737-045 |
| ) | |
| Date of Original Judgment: 02/18/2010 ) | |
| Date of Previous Amended Judgment: ) | STEVE MOSS, AFPD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   36   months **is reduced to**   time served *   .

*(Complete Parts I and II of Page 2 when motion is granted)*

*stayed for 15 days. It is further ordered that as a special condition of supervision, the defendant shall reside in and satisfactorily complete a residential reentry center program until discharged by the director after consultation with the Probation Office, for a period not to exceed 60 days.

Except as otherwise provided, all provisions of the judgment dated   02/18/2010   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   12/14/2011                                     s/ Nanette K. Laughrey
                                                                              *Judge's signature*

Effective Date:                                                 NANETTE LAUGHREY, United States District Judge
*(if different from order date)*                        *Printed name and title*